```
FILED
JUN  7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK
```

1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant OLIVIA BELVA MILLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-CR-131 LJO |
| Plaintiff, ) | [07-MJ-105 DLB] |
| ) | |
| v. ) | STIPULATION CONTINUING APPEARANCE DATE AND EXCLUSION OF TIME; ORDER |
| ) | OLD DATE: 6/8/07 |
| OLIVIA BELVA MILLETT, ) | NEW DATE: 7/6/07 |
| ) | 9:00 AM |
| Defendant. ) | Judge O'Neill |

IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant's appearance in this case, currently scheduled in the Eastern District of California on Friday, June 8, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to July 6, 2007 at 9:00 a.m. for appearance before the District Judge at the same location. The reason for the continuance is that the parties are discussing a possible Rule 20 disposition in the Northern District of California, and additional time and investigation is needed to determine whether this is feasible.

*United States v. Millett*, 1-07-CR 131 LJO
STIP. CONTINUING APPEARANCE                - 1 -

The parties further stipulate that the time from June 8, 2007 to July 6, 2007 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

Dated: June 6, 2007

JEROME E. MATTHEWS
Assistant Federal Public Defender

DATED: June 6, 2007

STANLEY BOONE
Assistant United States Attorney

I agree to the stipulation set out above and promise to appear before United States District Judge Lawrence J. O'Neill on July 6, 2007, at 9:00 a.m., as ordered by the Court.

OLIVIA BELVA MILLETT

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that defendant's appearance in this case, currently scheduled in the Eastern District of California for Friday, June 8, 2007, at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to July 6, 2007, before United States District Judge Lawrence J. O'Neill. *at 9:00 am*

IT IS FURTHER ORDERED that the time from June 8, 2007 to July 6, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends

*United States v. Millett*, 1- 07-CR 131 LJO
STIP. CONTINUING APPEARANCE                    - 2 -

06/06/2007 15:57 FAX 5106373507       FED PUBLIC DEFENDER                    ☒004

Case 1:07-cr-00131-LJO   Document 10   Filed 06/07/07   Page 3 of 3

1  of justice served by the granting of the continuance outweigh the best interests of the public and the
2  defendant in a speedy and public trial and the failure to grant the requested continuance would
3  unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
4  taking into account due diligence.
5
6     SO ORDERED.
7
8  DATED: 6/7/07                                          _____
9                                                         United States Magistrate Judge
                                                          SM SNYDER

*United States v. Millett*, 1-07-CR 131 LJO
STIP. CONTINUING APPEARANCE                       - 3 -