BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant OLIVIA BELVA MILLETT

**FILED**

JUL 0 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> OLIVIA BELVA MILLETT, ) <br> ) <br> Defendant. ) | No. 1:07-CR-131 LJO <br> [07-MJ-105 DLB] <br><br> STIPULATION CONTINUING APPEARANCE DATE AND EXCLUSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant's appearance in this case, currently scheduled in the Eastern District of California on Friday, July 6, 2007, at 9:00 a.m. before District Judge Lawrence J. O'Neill, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to August 24, 2007 at 9:00 a.m. The reason for the continuance is that the parties are discussing a possible Rule 20 disposition in the Northern District of California, and additional time and investigation is needed for the defense to review discovery, and for the parties to determine whether such a disposition is feasible.

*United States v. Millett*, 1-07-CR 131 LJO
STIP. CONTINUING APPEARANCE           - 1 -

1    The parties further stipulate that the time from July 6, 2007 to August 24, 2007 should be

2    excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

3    (B)(iv) for continuity of counsel and for adequate preparation of counsel.

4

5    Dated: July 5, 2007

6                                          JEROME E. MATTHEWS
                                           Assistant Federal Public Defender
7

8    DATED: July 5, 2007

9                                          STANLEY BOONE
                                           Assistant United States Attorney
10

11   I agree to the stipulation set out above and promise to appear before United States District

12   Judge Lawrence J. O'Neill on August 24, 2007, at 9:00 a.m., as ordered by the Court.

13

14                                         OLIVIA BELVA MILLETT

15

16                                       **ORDER**

17   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that defendant's
18
19   appearance in this case, currently scheduled in the Eastern District of California for Friday, July 6,

20   2007, at 9:00 a.m., located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to

21   August 24, 2007, before United States District Judge Lawrence J. O'Neill.

22   IT IS FURTHER ORDERED that the time from July 6, 2007 to August 24, 2007, should be
23
     excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
24
25   (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends

26   of justice served by the granting of the continuance outweigh the best interests of the public and the

*United States v. Millett,* 1- 07-CR 131 LJO
STIP. CONTINUING APPEARANCE                    - 2 -

1  defendant in a speedy and public trial and the failure to grant the requested continuance would
2  unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
3  taking into account due diligence.
4
   SO ORDERED.
5
6
7  DATED: July 5, 2007                         _____
                                               LAWRENCE J. O'NEILL
8                                              United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*United States v. Millett*, 1-07-CR 131 LJO
STIP. CONTINUING APPEARANCE               - 3 -